JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NERO TANUVASA, MALIA KOLETI TANUVASA, individually and as successors in interest of Frank Tanuvasa, deceased,<br><br>　　　Plaintiffs,<br><br>v.<br><br>DAVE MORTON #4843, COUNTY OF RIVERSIDE, RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, DOES 1-10,<br><br>　　　Defendants | CASE NO. ECDV 12-02120 VAP (Spx)<br><br>(PROPOSED) JUDGMENT ON JURY VERDICT |

///
///
///
///
///
///
///
///
///

1

This case was tried to a jury starting on December 16, 2014. The jury returned the following verdict:

> Did Deputy Morton use excessive or unreasonable force against decedent Frank Tanuvasa? Answer: No.

Pursuant to the jury's verdict, JUDGMENT is entered in favor of defendants Deputy David Morton and County of Riverside (also sued as Riverside County Sheriff's Department) and against plaintiffs Nero Tanuvasa and Malia Koleti Tanuvasa.

DATED: January 15, 2015

*Virginia A. Phillips*
United States District Judge

2